UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/30/2016
```

IN RE PUDA COAL SECURITIES INC.
et al. LITIGATION

CASE NO:  1:11-CV-2598 (DLC)

## [PROPOSED] ORDER VACATING MSPC PRELIMINARY APPROVAL ORDER

WHEREAS, a consolidated class action is pending in this Court entitled *In re Puda Coal Securities Inc., et al. Litigation*, Case No. 1:11-CV-2598 (DLC) (S.D.N.Y.) (the "Action");

WHEREAS, on December 21, 2016 the Court issued an order preliminarily approving a proposed settlement between Lead Plaintiffs and Defendant MSPC (the "MSPC Preliminary Approval Order") (Dkt. No. 634);

WHEREAS, the MSPC Preliminary Approval Order provides for notice of the proposed MSPC settlement to Class Members (the "MSPC Notice");

WHEREAS, on December 23, 2016 counsel for Plaintiffs informed the Court that the MSPC Notice could not be mailed until Plaintiffs submit, and the Court rules upon, a motion for distribution of the settlement funds in connection with the first settlements in the Action. (Dkt. No. 644);

NOW, THEREFORE, IT IS HEREBY ORDERED:

1.     The MSPC Preliminary Approval Order (Dkt. No. 634) is vacated pending the Court's ruling on Plaintiffs' anticipated motion for distribution of settlement funds in connection with the first settlements.

2.     Plaintiffs shall submit a revised proposed preliminary approval order concerning the MSPC settlement no later than five (5) business days after the Court rules on Plaintiffs'

Case 1:11-cv-02598-DLC-HBP   Document 643-1   Filed 12/30/16   Page 2 of 2

anticipated motion for distribution of settlement funds in connection with the first settlements.

SO ORDERED this _30th_ day of _November, 2016_.

_____
The Honorable Denise L. Cote
United States District Judge

2